UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY LONG, a Washington resident.<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLYWOOD VINEYARDS, LLC, a Washington corporation,<br><br>    Defendant. | No. 2:17-cv-00296-RSM<br><br>**ORDER EXTENDING STAYING FOR 10 DAYS** |

Based on the Stipulation of the Parties, IT IS HEREBY ORDERED that;

The stay in this matter is hereby extended through June 9, 2017. The deadline for the Defendant to respond to the Complaint is continued until 10 days after the expiration of the stay. Either party may move to lift the stay.

Dated this 1st day of June 2017.

                                                      [signature]
                                                    RICARDO S. MARTINEZ
                                                    CHIEF UNITED STATES DISTRICT JUDGE

**ORDER EXTENDING STAYING FOR 10 DAYS - 1**
12:17-cv-00296-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax