HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARRY LONG, a Washington resident.

    Plaintiff,

    v.

HOLLYWOOD VINEYARDS, LLC, a
Washington corporation,

    Defendant.

No. 2:17-cv-00296-RSM

**ORDER OF DISMISSAL**

Based on the Stipulation of the Parties, IT IS HEREBY ORDERED that;

The above-entitled action is dismissed in its entirety with prejudice and without costs, fees, or interest to any party.

DATED this 12 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL - 1**
12:17-cv-00296-RSM

1  *Presented Jointly by:*

2  BERESFORD BOOTH PLLC           WASHINTON CIVIL & DISABILITY
ADVOCATE

3  <u>/s/ Timothy E. Steen</u>

4  Timothy E. Steen, WSBA No. 35560      <u>/s/ Conrad Reynoldson</u>
               Conrad Reynoldson, WSBA#48187

5  145 3rd Avenue S, Suite 200          3513 NE 45th Street, Suite G
Edmonds, Washington 98020-3593    Seattle, WA 98105

6  Telephone: (425) 776-4100          Telephone: (206) 855-3134
Facsimile: (425) 776-1700            *Attorney for Plaintiff Barry Long*

7  Email: tims@beresfordlaw.com
     *Attorney for Defendant Hollywood*

8  *Vineyards, LLC*

9

10

11  HESTER LAW GROUP, INC., P.S.

12  <u>/s/ Lance M. Hester</u>
Lance M. Hester, WSBA #27813

13  1008 South Yakima Avenue, Suite 302
Tacoma, WA 98405

14  Telephone: (253) 272-2157
     *Attorney for Plaintiff Barry Long*

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER OF DISMISSAL - 2**
12:17-cv-00296-RSM